**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  07-CV-4674 (PAM/JSM)**

Justin D. Christenson,

      Plaintiff,

v.

Interstate Credit Control, Inc.,
Trans Union LLC,
CSC Credit Services, Inc., and
Equifax Information Services, LLC,

      Defendants.

**ORDER**

Pursuant to the settlement between Plaintiff and Defendant Trans Union LLC ("Trans Union"), IT IS HEREBY ORDERED that Plaintiff's claims against Trans Union are hereby dismissed with prejudice, without costs, disbursements or attorney's fees to either party.  The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

      BY THE COURT

Dated: October 6, 2008

s/Paul A. Magnuson
Hon. Paul A. Magnuson
Judge of United States District Court